MYERS, Appellant, v. TOWN OF GATES, Respondent. (Supreme Court, Appellate Divi-

sion, Fourth Department. March 7, 1906.) Action by Fred Myers against the town of Gates. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted, for the reason that the appeal presents unusual and novel questions as to the duty of the highway commissioner in the peculiar circumstances of this case.

In re NESBITT et al. (Supreme Court, Appellate Division, First Department. March 9, 1906.) In the Matter of Frances S. A. Nesbitt and another. No opinion. Order affirmed, with $10 costs and disbursements.